**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91301
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**BRADLEY/GROMBACHER, LLP**
Robert N. Fisher, Esq. (SBN 302919)
246 5th Avenue, Suite 522
New York, NY 10001
Telephone: (646) 443-6235
rfisher@bradleygrombacher.com

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE PANNING, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO. 8:19-cv-02248 JVS-JDE**<br>Assigned to Hon. James V. Selna<br>**ORDER DISMISSING ACTION** |

-1-

**ORDER ON STIPULATED DISMISSAL**

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the stipulation of the parties, and good cause appearing, IT IS |
| 3 | HEREBY ORDERED that this action is hereby dismissed in its entirety and with |
| 4 | prejudice as to Plaintiff's individual claims, and without prejudice as to any |
| 5 | claims by the putative, uncertified class alleged by Plaintiff. |
| 7 | **IT IS SO ORDERED.** |
| 9 | DATED: August 31, 2020 |

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

-2-

**ORDER ON STIPULATED DISMISSAL**